# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AARON SLOAN,                        )
                                    )
    Plaintiff,                  )
                                    )   Civil Action No. 10-221 Erie
        v.                        )
                                    )
RAYMOND SOBINA, et. al.,            )
                                    )
    Defendants.                 )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on September 7, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 22], filed on July 7, 2011, recommended that Defendants' partial motion to dismiss [ECF No. 16] be granted and that the Clerk of Courts be directed to terminate the following Defendants from this action: Michael J. Fries, James Morgan, V. Hanson, Joyce Coleman, Scott Whitesell, K. Sutter, Maxine Overton, P. McKissock, R. Weaver, B. Ruth, Officer Benek, and William M. McConnell. The parties were allowed fourteen (14) days from the date of service to file objections and service was made on Plaintiff by certified mail. No objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of July, 2011;

IT IS HEREBY ORDERED that Defendants' partial motion to dismiss [ECF No. 16] is GRANTED. The Clerk of Courts is directed to terminate the following Defendants from this action: Michael J. Fries, James Morgan, V. Hanson, Joyce Coleman, Scott

Whitesell, K. Sutter, Maxine Overton, P. McKissock, R. Weaver, B. Ruth, Officer Benek, and William M. McConnell.

The Report and Recommendation [ECF No. 22] of Magistrate Judge Baxter, filed on July 7, 2011, is adopted as the opinion of the Court.

          s/   Sean J. McLaughlin
               United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge